UNITED STATES of America, Plaintiff–Appellee

v.

Joe Dell STERLING, Defendant–Appellant.

No. 12–41176
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 21, 2014.

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Joe Dell Sterling, Three Rivers, TX pro se.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joe Dell Sterling has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Sterling has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with coun-

---

sel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.